# Green, Appellant, *v.* Sumby.

*Practice, Supreme Court — Quashing appeal — Paper books — Statement of question involved—Violation of Rule 34.*

Where on an appeal to the Supreme Court the statement of the question involved in appellant's paper book consisted of thirty lines covering a whole page, in violation of Supreme Court Rule 34, the appeal was quashed.

Argued Jan. 12, 1915. Appeal, No. 244, Jan. T., 1914, from decree of C. P. No. 3, Philadelphia Co., Sept. T., 1913, No. 805, in equity, dismissing bill in equity to set aside deeds in case of Charles H. Green v. Elbert A. Sumby. Before BROWN, C. J., MESTREZAT, ELKIN, STEWART and FRAZER, JJ. Appeal quashed.

Bill in equity to set aside two conveyances. Before FERGUSON, J.

The lower court dismissed the bill. Plaintiff appealed.

*John W. Parks,* for appellant.

*Clifton Maloney,* with him *Thomas O. Haydock, Jr.,* for appellee.

PER CURIAM, February 8, 1915:

If there were any merit in this appeal, the appellant would suffer for counsel's gross violation of rule 34, relating to the statement of the question or questions involved. The violation of the rule in the present case consists in devoting thirty lines, covering a whole page, to what could have been intelligently stated in less than the prescribed limit. The appeal must be quashed: Duffee v. Bankers' Surety Company, 247 Pa. 17.

Appeal quashed.